RECEIVED

DEC 21 2012

THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS

)
)
)
Plaintiff )          12CV10245
)          Judge Tharp Jr
Michael Georgakis )          Mag. Judge Keys
v. )
)
)
)
Defendants )

CHEMISTRY PROFESSORS
1. CEDENO, DAVID L , 2. FERRENCE, GREGORY M.
3. HAMAKER, CHRISTOPHER G. 4. HITCHCOCK, SHAWN R.
5. JONES, MARJORIE A.  6. LASH, TIMOTHY D.
7. MITCHELL, T. ANDREW 8. SZCZEPURA, LISA F.
9. KIM JUN-HYUN
ILLINOIS STATE UNVIERSITY

### COMPLAINT

Comes now the Plaintiff MICHAEL GEORGAKIS, representing himself, pro se, and complains against the Defendants and each of them and states as follows:

1 Plaintiff, MICHAEL GEORGAKIS, is a citizen of the State of Illinois

2 The Defendants CEDENO, DAVID L; FERRENCE, GREGORY M. HAMAKER, CHRISTOPHER G.; HITCHCOCK, SHAWN R. JONES, MARJORIE A.; LASH TIMOTHY D. MITCHELL, T. ANDREW; SZCZEPURA, LISA F. KIM, JUN-HYUN are a legal entity succeptible of being sued in the State of Illinois and they are residents of the State of Illinois

2

4. The matter in controversy exceeds $10,000 exclusive of interest and costs.

5. This law suit is brought up as a Qui Tam Law claim for claims of Copyright Act, False Claims Act, and RICO Statute

6. This action arises under Titles:

a) USCA 17 § 507(b); Id. (Citings 17 USCA § 102); Reid, 490 US at 737, 109 S. Ct. at 271

b) 18 USCA §§ 286-287; 31 USCA §§ 3729-3733; Qui Tam

c) 18 USCA §§ 1961-1968; §§ 102, §§ 102(a)

This court has Jurisdiction of the action under Title 28 of US Code, Sections 1331, 1332, 1343, 1367

WARNING

Any Kind of writings to me by the judge should be mailed! I do not have access to web site source nor that I know how to use the computer.

3

SUCCINCTLY

9. Copyright Act

1 Student is supposed to be the sole author, EXHIBIT 1
[Richard E. Barrett, sociology professor, University of Illinois
at Chicago]

2. The U.S. Supreme Court defined "author" as the party who
actually creates the work, EXHIBIT 1A [Id. (citing 17 USCA §102;
Reid, 490 US at 737, 109 S. ct. at 2171]; and it is the student who
does it!

3 For the connection student/professor to constitute
'work-for-hire' five conditions must be met, EXHIBIT 1A
[17 USCA § 101, 17 USCA § 101 (1994)]
Under the 'work for-hire' connection the copyright of the students'
experimental results belong to the professor/university.

4. Any idea, procedure, process, system, method of operation,
concept, principle, or discovery is not protectable, EXHIBIT 1A
[17 USCA § 102(b)]

5. The fraudulently produced publications, by professor's
name, are listed on the pages of EXHIBIT 73.

EXHIBIT 78

4

8. False Claims Act

1. The professors publish the research results of their students and of their research associates under their name as an author/co-author and then utilizing those fraudulently obtained publications, as a tool, they proceed on and collect government research funds from federal agencies like, NSF, NIH, etc.

2. The specific name of the federal agency is stated on the last or most recent publication of each professor.
One publication is chosen per professor to demonstrate the principle.
They are listed on EXHIBIT 74

3. The cash amount is not routinely stated, yet, we can have a rudimentary understanding as to the magnitude of those sums by looking at the documents listed in EXHIBITS 74, 74A, 75, 76, 77, as examples

EXHIBIT 79
5

9. Civil Rico

Four cases of racketeering activity are identified.

EXHIBIT 80

10. Conversion

The professors/university deprive the students of their share of research funds raised by virtue of the students experimental results; they, also, deprive the students of their fair share of commercial profits brought by the students experimental results.

EXHIBIT 81

11. Injury

EXHIBIT 71

12. Statutes of Limitations

EXHIBIT 71

13. Prayer for Relief

The relief sought is described on the pages of EXHIBITS 71 &72

EXHIBIT 82

6

Narrative

## 7. Copyright Act

The content of EXHIBITS 1 & 1A plus other Included demonstrate in a great deal of a detail why no body else can be the author/coauthor of the student's research/experimentation except the student, examining the issue from a variety of points of view

Any and all parts of the students research work are subject to copyright protection. Once published in a scientific journal a copyright protection is conferred on both author/co-author.

The publications of those professors are recent, current thru the year 2013; they all fall within the statutes of limitations The period is tolled so long as the professors continue publishing.

→ * starred author implying that the adviser was some kind of a "primadona" of the whole research work, a kind of absolutist!

The professors give themselves credit not as co-author but as "author" with an asterisk printed at the end of their name and the footnote *author** an egoistic and imperial notation. Thus giving the impression that the *author is the whole owner of the research work, the creator of this work and that the student whose name is listed next to it as a co-author some kind of an insignificant individual who might have worked as some kind of a technician to the professor, unable to provide any intellectual input, an individual carrying out errant As per EXHIBIT 1A the U.S. Supreme Court has defined "author" as the party who actually creates the work, that is, the person who translate an idea into a fixed, tangible expression entitled to copyright protection. And it is the student who does it.

The content of EXHIBIT 1 defines who is entitled to be the author, according to the established practice, which covers 90% or more of the disciplines up to including mathematics, computer etc and also defines the terms and conditions under which another person can be a co-author; line underlined in reds

EXHIBIT 1A defines the conditions & required for the student to be considered as 'work-for-hire', something the student is not. Under this kind of connection the student's research work would belong to the adviser/university.

EXHIBIT 7 **7**

It is not anywhere in the rules and regulations, requirements for admission into the graduate program or graduation that it is statutory on the part of the student to hand to the adviser the 'scientific report' containing all the research/experimental data the student has collected and/or by virtue of any and all ways of examining the topic. Without such a report the adviser can publish nothing - zero.

The professor/adviser extorts the 'scientific report' from the students which the student hands it to him/her as a demonstration of the students aptitude in the research course, for grading purposes; but not for the professor to publish it under his/her name as any author. EXHIBIT 71

The professor/adviser does not ask for the student's consent as to which journal to publish the research paper on - sheer gangsterism! Therefore, the professors have violated the copyright act and utilizing those fraudulently obtained publications they collected government funds violating the FCA; that is clear!

*as an example
What Professor Mock did in 1975, EXHIBIT 39, from bringing it up to demonstrate that any and all students do likewise; they do any and all research/experimentation work but then their adviser publishes it under his/her name as an author.
Also, that actually the same holds with the research work of the research associates, postdoctorals, like Mehrotra with her EXHIBIT 40 & Publication. I am not raising any claim against professor Mock.
40a

From another point of view if the student does not give to the adviser the 'scientific report' to proceed on and publish it under his/her name as an author then what would the adviser do? Would the adviser take him/her to court as having stolen his/her intellectual property? A professor of chemical engineering of Northwestern University informed he had such a situation but that he let it go; obviously, he had no basis!
The term author means the same as the term co-author!

The fraudulently produced publications, by professor's name, are listed on the pages of EXHIBIT 73. They are taken from the DIRECTORY OF GRADUATE RESEARCH, a publication of the American Chemical Society.
The copyright lasts for the life of the author plus 70 years
EXHIBIT 55 & 56, plus other corroboration details

8

The period is tolled so long as the professors continue publishing

When I was working for the chemical industry, STEPAN CHEMICAL CO Northfield, Illinois, I had synthesized three kinds of detergents that bear my initials M-100, M-200, M-300.
Even though I was working under the supervision of a group leader yet his name is nowhere.
I am the sole author of my own research results!

The claim for injury to myself from three different forms of violation is generated thru the intermediary of the Qui Tam Law which acts as an operator, or a medium, or a means, or a tool Along an injury to the government is taken place.
The claim for injury to myself from the Copyright violation, indirectly, emanates from the Copyright Act violation itself; such a violation generates the FCA violation which identifies with the Qui Tam Law; and since I myself identify with the Qui Tam Law, then, inductively, such an identifying connects myself to the Copyright Act violation.

All the adviser does is to give the student a topic of research.
Then the student does all the experimentation records the observations, carries out the attendant calculations, keeps all records on his/her notebook all by himself/herself without any involvement by the adviser, as is required by the rules and regulations for the doctoral student to demonstrate his/her ability to carry-out independent research.

In Chemistry the advisers routinely publish their students experimental results as starred authors, *author, and placing the students name next to it as a co-author, committing authorship fraud; the practice is permissive. But by the 80% of the discipline it is a no-no-no, up to including Mathematics Computers etc.

The research associates, young scientists, like Mehrotra procur the grant by submitting their own research ideas to a funding agency independent of any other adviser/professor. They bring money to the university. Then the university assigns them to a professor's research facilities. But when the young scientist finishes the research project, then the experimental results are published under such professor's name as a starred, *author — sheer gangsterism

9

Such authorship falsification injures the graduate students by depriving them of the publishing of research papers with their names as the sole author, of the honor, glamour and the prestige that goes along with such a display of capability and next of the advantage it provides in seeking research funds from the funding agencies to help them further their research/academic careers; it injures the student's reputation as a compitent experimentalist

The government is hurt from the violating of the guidelines it sets to the federal agencies in properly dispersing the research funds that may go to researchers that were not entitled to. This way a maximum benefit may not come out of research work as the government wants

It is also a statutory violation of the letter of the law!

EXHIBIT 3A demonstrates the magnitude of the benefit that goes to the adviser, up to the awarding of a NOBEL Prize in chemistry, on account of the research results accomplished by his/her student, the actual, hands-on discoverer who ends-up receiving nothing, a $10 an hour driver's job

The professors/advisers keep the students under a status of terror; they utilize the students as "slaves"!

10

## 8. False Claims Act

1) Defendants submitted to the government funding agency, like the ones listed in EXHIBIT 64, an application to obtain research funds exemplified with the application submitted by Professor Mock, EXHIBIT 70; that is the only, the standard procedure to accomplish it. The documents of EXHIBIT 70 I have procured from NSF by submitting a FOIA request.

2) & 3) The application is supported, fortified, with a list of publications the adviser/defendant had produced with the students and the research associate, postdoctorals, as is the list of EXHIBIT 70. Since both names of author and coauthor are present in the publication one next to the other, obviously, the grant monies are by virtue of both names awarded to both names; thus, the co-author is equally, legally, entitled to collect the same portion as the author; that it is so can be deciphered, mandated, by common sense.

The defendant knew that the listed publications were false While there exist the practice in the physical sciences for the adviser to publish the research/experimental results under his/her name as author/co-author it is at the same time widely known that the practice is false and that for the 90% of the disciplines it is a no-no-no! The above analytical right-up and the sited EXHIBITS 1 & 1A demonstrate, confirm that it is false; ignorance of the law is not accepted.

How can one publish someone else's experimental results as his own!

The EXHIBITS 23 to 33 publications are used as examples to demonstrate the magnitude of authorship falsification where four or more names are listed, entirely, as authors/co-authors; something that can not be happening.

And the falsification is topped by EXHIBITS 23 & 23A & 23B & 23C & 23D/E where up to 53 names are listed as authors/co-authors.

How preposterous, how outrageous, how could it possibly be!

\* up to including mathematics, computers, etc

EXHIBIT 79          11

The UIC

Professor Robert M. Moriarty has been described over the pages of C&E News, the weekly magazine, of the American Chemical Society, as having collected shares in two commercial corporation:

The names of the granting government funds agencies are listed on EXHIBIT 64

The FCA violations is filed in a Qui Tam False Claims Act Law that does not require that the individual has been personally harmed by the defendant's action.

It requires that federal funds be involved, EXHIBIT 63.

The Qui Tam-FCA violations emanate from the Copyright Act violations and then it leads to Civil Rico violation.

All those FCA violations fall within the statute of limitations.

The Qui Tam Law identifies with the FCA

The claim for injury to myself is direct arising from the FCA violation by employing the Qui Tam Law which allows anybody "who have knowledge of acts of fraud against the government, committed by an individual or business to bring up a civil litigation", EXHIBIT 63.

12

From the content of EXHIBITS 74, 74A, 75, 76, **77** we can get a rudimentary understanding as to the magnitude of the research federal grant funds that are dispensed.

Each one of those professors has raised millions of dollars over the period of the decades they do research.

Also EXHIBIT 3A

Any and all research work by any and all professors/ researchers is funded with government money EXHIBIT 64.

13

5

## 9. Civil RICO

The research papers obtained thru authorship falsification hurt the newcomer researchers who have a small number of publications, like one or two, genuinely their own, who may not be awarded grants at all or may be awarded smaller grant funds; It happens because they can not compete with the larger number of publications that always receive grant monies and of a large size.* According to the established practice a researcher with a large number of publications acquired thru authorship falsefication up to the extent of an astonishing magnitude expressed thru EXHIBITS 23, 23A, 23B, 23C may collect research money all the time and of a large size. They penalize the new comer.** The newcomer this way may not be able to publish more of the genuine lack of funding to support research work. He/she is shortchanged. It also harms his/her personal reputation.
Another harm is his/her personal compensation. He may collec a smaller portion of the grant money or no portion at all. He may be hurt in the promotion as a professor that along brings a higher salary and a higher prestige!

Those newcomer researchers are faced with the very well establish MAXIM: " Publish or Perish"!
Thus, the practice causes harm to others and at same time benefit to the perpetrator: Racketeering activity!

The extortion of money from a granting agency utilizing fraudulently obtained documents is a case of racketeering acti

To mail/wire grant applications between states based on fraulently obtained documents is a violation of interstate commerce and therefore a racketeering activity.
The extortion of the 'scientific report' from the student is a case of racketeering activity!

An injury is done to the business of scientific research and the publishing of scholarly derived research paper.

*EXHIBIT E*

**EXHIBIT 23C*

14

The government is hurt from the violation of the guidelines it sets to the federal agencies in properly dispensing the research funds that may go to researchers that were not entitled to.

It is also a statutory violation of the letter of the law.

The RICO statute does not expressly establish a period of limitations, EXHIBIT 58. The period is tolled as long as the professors continue publishing.

A more refined understanding that the professors' violations are still current is exhibited from paragraphs, 11. Injury, and 12. Statutes of Limitations

Those professors have two or more such publications within a ten year period that are current, recent and fall within the statutes of limitations.

Also, EXHIBIT 3A

15

10. Conversion

The publications by virtue of which, the professor receives a portion of the research grant monies and of the commercialization of laboratory discoveries have the student's name, as a co-author, written next to the professor's as an author.

Both names of the author and the co-author, author/co-author mean the same, are instrumental in bringing in the grant monies and the commercialization. Therefore, if the author/professor is legally entitled to collect. Then likewise the co-author/student just as equally, legally, is entitled to collect. It is an automatic thing; the university is obligated to do even if the student makes no demand. If it is automatic for the university to give it to the professor then why not to the student!

The university does not inform the student that he is entitled to those two profits as it does with the professor. The student does not know it. The university works to the benefit of the professor but not of the student; It deprives the student of those two profits. It is not legal.

EXHIBIT E expresses the multitude and magnitude of the commercial companies that may come out of the students research results, financed with government money.

A good idea as to how large the commercial profits can be is provided by the content of EXHIBIT 83 [EXHIBIT 5] stating that from the sale of royalties to their patents, what they are entitled to collect. Northwestern University has collected In excess of $700 million in 2 years and stands to collect

much more, most likely billions of dollars

But the students who had begotten the experimental results that led to the patents have received nothing.

EXHIBIT 83 [EXHIBIT 5] is used as an example.

The UIC professor R.M. Moriarty has collected shares in two commercial corporations. But the students who had begotten the underlying research results received nothing.                              8

The commercial profits connect to the government funds and since I connect to them too, then, inductively, I connect to the commercial profits as well; I can make claims on them!

EXHIBIT 81                                                                 16

12. Injury

The sequence Injury/myself] Rui Tam | FCA | CPRTA | RICO
may be depicted in the following diagram

government
or
injury ≡ myself ≡ Qui Tam Law ≡ [FCA violation]

≡ identify

[Copyright Act violation]

[RICO statute violation]

EXHIBIT 71

17

## 13. Statutes of Limitations

Since the Copyright lasts for the life of author plus 70 years, EXHIBIT 55, then any corolaries, any consequences from it should last for the same number of years, ie, the three violations, #7, #8, #9.

The claim for Injury to anyone for copyright violation, emanates from the Copyright Act itself; such violation generates the FCA violation which, Indirectly, connects to anyone

Then, the repetion of the FCA leads generates the RICO statute violation which, indirectly, thru the FCA, connects to anyone

Therefore, besides the Injury from the copyright violation, directly, anyone has an Injury from the FCA violation as well as from the RICO statute violation, Indirectly; such injuries should last for the life of the author plus 70 years just like the copyright violation. Which leads us to the recognition that those 3 violations, fall within the Statutes of limitations, they are still current.

The period is tolled for as long as the professors continue on publishing ** statutes of limitations

*kinds of The statutes of limitations for the three kinds of violations, #7, #8, #9 are many more years then those expressed by Judge Leinenweber in his opinion of 3-26-12 that concern the uneducated, rutine, middle of the road situations, totally unrelated to the current ones; I can easily say 10 years.

The current situations are prototypes, scientific cases appearing before a Judge for the first time. There has never been an adjudication on this kind of violation by any Judge; it is to happen for the first time; it is a challenge to the Judge who will have to invent, innovate on the statutes of limitations;

EXHIBIT 71

18

the incentive exists for the violations concern scientists, professors, highly educated and highly regarded individuals who behave as criminals and thus they deserve a hard lesson; who utilize the students as slaves in order to enrich themselves; a pervasive practice year after year for life, an institutionalized extortion from the students, a form of gangsterism; "knowingly repeated offenders".

All the needed predicaments are in place in order for the court to view them as members of organized crime, as repetitive criminals.

The comment by Judge Nordberg of 6/6/12 stating "that Judge Kennelly concluded that with regard to Copyright Act and RICO claims plaintiff had not alleged that he suffered any injury and thus lacked standing to sue" seems to be wrong. In the papers I have from Judge Kennelly, no such thing is stated.

It is reminded again that the complaint is brought up by virtue of Qui Tam Lewi, therefore I do not need to have any personal connection with the university and/or with the professors.

19

13. Prayer for relief

The relief sought is described on the pages of EXHIBITS 71 & 72

6. The Defendants professors are      charged with the violation of the following statutes.

A) COPYRIGHT 17 U.S.C.A, 1976 Copyright Act
17 USCA § 507(b); Id. (citing 17 USCA §102; Reid 490 at 737,
109 S.Ct. at 271; EXHIBITS 1 & 1A. Punishment is requested

6AA. Crimes associated with COPYRIGHT Law violation.
a) The advisers, Defendants, — did not ask for the students'
write the research paper with his name asterisked, meaning
as an author, as a whole owner of the research work — falsely
stated. Hurting the students reputation as a competent experimentalist;
injuring his reputation

b) The advisers professors/Defendants did not ask for the student's consent as to
which chemical periodical to publish the research paper as.
Hurting the students reputation as a competent researcher able to chose
the appropriate periodical.

c) The hurting of the students reputation by not stating on the
research paper that the described research work was taken from
students' doctoral research dissertation.

☆ as some kind of a "primadona" of the whole research work

EXHIBIT 7L                    21                    69

d) The hunting of the students reputation as a good and competent experimentalist capable to carry out independent research as it is required from a doctoral candidate by the UIC* → rules and regulations; by writing the students name next to his asterisked implying that the student was some kind of a technician to him. He has caused the student discomfort and embarrassment; he has injured the students reputation. Punishment is requested for a) to d).

→ * or any other university

B) FALCE CLAIMS ACT; Qui Tam 18 USCA §§ 286-287; 31 U.S.CA §§ 3729-3733   Punishment is requested

the defendants PROFESSORS                 by utilizing such falcely obtained publication proceeded on and raised research funds thru the various funding agencies, like NSF, EXHIBIT 64, funded with government money, thus violating the FALCE CLAIMS ACT              as stated in above B); Qui Tam Law applies, reclaim

C) RACKETER INFLUENCED AND CURRUPT ORGANIZATIONS ACT (RICO) 18 USCA §§ 1961-1968 §102 §102(a) punishment is requested

The Defendants PROFESSORS Advisers have more than two publications each year and certainly more than two in a 10 year period thus violating the RICO Law, EXHIBITS 58, 60, ever since they were appointed professors

EXHIBIT 7?

22          70

The statues of limitations are extended to present
Crossing each other year after year for all those
three blames since publications exist each year.

D) They deprived the students 'of the sharing into the research
funds he the revised while being legally entitled to;
having the students name printed next to his her makes him her just as legally
entitled to collect one-half of the funds raised (the other
one-half go to the university and himself as combined entity)
       Punishment is requested !

They deprived the students of the sharing into the commercial profits
derived from the practical applications of the research results begotten
by those very same students. Punishment is requested!


E. What the Defendants/PROFESSORS/Advisers have done can be
Characterized as a sheer gangsterism.

EXHIBIT 7⅋

23                                        71

WHEREFORE, plaintiff asks for the following relief:

A. Sharing into the research funds raised by DEFENDANTS Professors and into the commercial profits derived from the practical applications of the research results. Sharing into the recovered government funds they have collected by utilizing those fraudently obtained research publications from students, postdoctoras, and young scientists, arising out of the reclaim allowed by Qui Tam Law, EXHIBITS 61, 63A

B. Punitive damages against the individual defendants Professors, ~~for~~ violating COPYRIGHT Law plus #G-AA Crimes associated with COPYRIGHT Law, violation of FALCE CLAIMS ACT/Qui Tam Law reclaim, RICO Law violation. EXHIBIT 71

C. Such injuctive, declaratory, or other relief as may be appropriate, including attorney's fees and reasonable expenses as authorized by U.S.C.

D. Defendants acted knowingly, intentionally, willfully and maliciously

, 0

EXHIBIT 72

24

76

E. The students had a financial loss, emotional harm, pain and suffering, injuring of their reputation, discomfort and embarassment

F. Plaintiff also claims violation of rights that may be protected by the laws of Illinois State; claims that may be supported by the allegations of this complaint

G. Plaintiff request that the case is tried by jury

H. Plaintiff requests that the court appoints him an attorney since he can not afford to pay one.

I. Plaintiff has previously filed a case in this district.
☐ Yes   ☒ No

Plaintiff's Signature: Michael Georgakis

Plaintiff's name: Michael E. Georgakis

Plaintiff's address: 2757 N. Pine Grove Ave, Apt #601 Chicago, IL 60614

Plaintiff's telephone number 773 348 1592

EXHIBIT 72

2^

77

Richard E. Barrett

UIC

In-put from a local sociology dept. faculty member on handling of research papers derrived from a dissertation:   EXHIBIT 1

1) Student is supposed to be the sole author
2) Adviser may never be the author or co-author
3) There may be a co-author in a case where the graduate uses another party's proprietary data, that must be incorporated into the dissertation, and yet, there must be a written agreement between the two parties, up-front.

All those factual practices are clearly understood as holding true in any and all disciplines in the US plus world wide.

That, some journal state it on their first pages that the submitted research work must have been done by the author.

That, there are journals requiring the signing of an agreement stating that the results are those of the author.

That, above all how can one publish some one else's result? as his own?

The adviser deserves only an acknowledgement.

That, the financial support from any university source has nothing to do.

EXHIBIT 1                    4

26

For the connection to constitute 'work-for-hire' the following conditions must be met

1) a) To show that the work created by student was created within the scope of employment and that it was actuated by purpose to serve employer 17 USCA §101

b) That the work was specifically ordered or commissioned for use as a contribution to a collective work, as a part of going on research project, as a supplementary work, as a compilation, as an instructional text, as a text, as answer material to a test, or as an atlas, if the parties expressly agree in a written instrument signed by them that the work shall be considered a work made for hire   17 U.S.C. §101 (1994) ;

2) That the work was included in the student's job description, 17 USCA §101

3) That the student relied solely on knowledge gained within scope of employment to create the project 17 USCA §101

4) That the student was motivated by desire to further goals of employer. 17 USCA §101.
None of those adviser-student or University-student terms exist.

Moreover, in regards to the 4th one the student not only is not motivated by desire to further the goals of the adviser but instead the exact opposite holds The student is solely driven by desire to further his/her own, i.e, student's goals expecting the adviser to be motivated by the desire to further the student's goals which means to teach the student the research technique which is accomplished by carrying out experimentation in a specific research topic under the adviser's statutory duty to serve as an instructor-supervisor, under the terms and scopes of the adviser's employment with the university.

EXHIBIT 1A

27

5) Under Federal law even in regular employment the intelectual production by an employee may not necessarily be falling under the 'work-for-hire' doctrine. There can very well be instances when the remployee becomes the sole author of his/her intelectual production

Certain elements of work can receive copyright protection since any idea, procedure, process, system, method of operation, concept, principle, or discovery is not protectable; because they are not fixed in a tangible medium.*
17 USCA § 102(b)

U-S.

The Supreme Court has defined "author" as the party who actually creates the work, that is, the person who translates an idea into a fixed, tangible expression entitled to copyright protection Id. (citing 17 USC §102; Reid, 490 US at 737, 109 S. Ct. at 2171)

EXHIBIT 1A

D

28